| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Smith, Fern M | 2. Court or Organization District Court - Northern CA | 3. Date of Report 6/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States District Court 450 Golden Gate Avenue San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 f/k/a Fern M. Smith Trust (All assets listed Part VII) |
| 2. Trustee | Trust #2 f/k/a IRA Trust (All assets listed Part VII) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUN 24 A 11: 11 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 5/28/03 | Lexis-Nexis Group (Edit Publication) | $788.00 |
| 2. | 10/29/03 | Lexis-Nexis Group (Edit Publication) | $912.00 |
| 3. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Please see Section IV. REIMBURSEMENTS (Attached) |

## IV. REIMBURSEMENTS

| | | |
|---|---|---|
| 3/13-14/03 | San Diego, CA | George Washington University School of Public Health and Health Services - Scientific Knowledge and Public Policy Colloquium<br>Participant<br>Airfare, lodging & meals reimbursed |
| 4/3-4/03 | San Francisco, CA | ALI-ABA Expert Testimony Program<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 6/28-7/3/03 | Istanbul, Turkey | Institute for the Study and Development of Legal Systems<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 9/13-21/03 | Bahrain | ABA-CEELI Conference<br>U.S. Delegate<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 10/7-8/03 | Washington, DC | American Judicature Society<br>Participant<br>Airfare, lodging & meals reimbursed |
| 10/9-10/03 | Washington, DC | ABA CEELI Meeting<br>Participant<br>Airfare, lodging & meals reimbursed |
| 10/18-23/03 | Noordwijk aan Zee, The Netherlands | U.S. Department of State – International Conference<br>Participant<br>Airfare, lodging & meals reimbursed |
| 10/29-31/03 | Washington, DC | American Society of International Law Meeting<br>Participant<br>Airfare, lodging & meals reimbursed |
| 11/12-15/03 | Washington, DC | ALI-ABA Complex Civil Litigation Program<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 11/15-22/03 | Moscow, Russia | Chemonics International, Inc - Moscow Conference<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 12/3-5/03 | Scottsdale, AZ | ALI-ABA  Evidence Program<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 12/10-12/93 | San Diego, CA | ALI-ABA Complex Civil Litigation Program<br>Faculty<br>Airfare, lodging & meals reimbursed |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Fern M | 6/23/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M | 6/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 f/k/a Fern M. Smith Trust | D | Dividend | P1 | T | | | | | |
| 2. -Merrill Lynch Money Market | | | | | | | | | |
| 3. -NUV Insd Opp Fund | | | | | | | | | |
| 4. -Baxter Int. PFD 7% | | | | | | | | | |
| 5. -Chevron Tax Corp. (common) | | | | | | | | | |
| 6. -SPDR Consumers (fund) | | | | | | | | | |
| 7. -SPDR Energy (fund) | | | | | | | | | |
| 8. -SPDR Financial (fund) | | | | | | | | | |
| 9. -SPDR Ind (fund) | | | | | | | | | |
| 10. -SPDR Dep. Rec. | | | | | | | | | |
| 11. -Sipple Inv. LLC | | | | | | | | | |
| 12. -Property - SF | | | | | | | | | |
| 13. █████Partnership | E | Dividend | P1 | T | | | | | |
| 14. -Fiserv (common) | | | | | | | | | |
| 15. -Gabelli Eq. Trust (MF) | | | | | | Sell | 6/3 | J | B | |
| 16. -IBM (stock) | | | | | | | | | |
| 17. -Bank America Corp. (common) | | | | | | | | | |
| 18. -Merck & Co. (common) | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fem M | 6/23/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -First Australia Fund (MF) (now Aberdeen Australia) | | | | | | | | | |
| 20. -General Motors (common) | | | | | | | | | |
| 21. -Verizon (common) | | | | | Sell | 11/24 | J | A | |
| 22. -Applied Materials | | | | | | | | | |
| 23. -Intel (common) | | | | | | | | | |
| 24. -LSI Logic | | | | | | | | | |
| 25. -McKesson HBOC, Inc. (common) | | | | | | | | | |
| 26. -Oracle Corp. (common) | | | | | | | | | |
| 27. -3Com Corp.(common) | | | | | | | | | |
| 28. -Ascential Software | | | | | | | | | |
| 29. -Delphi Automotive | | | | | | | | | |
| 30. -Equity Office Partners Tr | | | | | Sell | 5/17 | J | A | |
| 31. -Northern Border LP | | | | | Sell | 10/27 | J | C | |
| 32. -Pfizer Inc. | | | | | | | | | |
| 33. -Proctor & Gamble | | | | | Sell | 3/5 | J | C | |
| 34. -Roxio Inc. | | | | | Sell | 1/3 | J | A | |
| 35. -SBC Communications | | | | | Sell | 12/19 | J | A | |
| 36. -Schlumberger Ltd. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M | 6/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Trust #2 f/k/a IRA Trust | C | Interest | C | T | | | | | |
| 38. -Evergreen Money Market f/k/a Schwab Money Market | | | | | | | | | |
| 39. -GE Cap 7/5% 2005 | | | | | | | | | |
| 40. -Pfizer 3.625% 2004 | | | | | | | | | |
| 41. -ATT&T Wireless | | | | | Buy | 3/14 | J | A | |
| 42. -Delphi Corp | | | | | Buy | 6/9 | J | A | |
| 43. -Duke Energy | | | | | Buy | 8/1 | J | A | |
| 44. -G.E. Corp. | | | | | Buy | 2/6 | J | A | |
| 45. -Hewlett-Packard | | | | | Buy | 10/4 | J | A | |
| 46. -Honeywell Int. | | | | | Buy | 7/14 | J | A | |
| 47. -IBM | | | | | Buy | 7/14 | J | A | |
| 48. -Lucent Tech | | | | | Buy | 10/4 | J | A | |
| 49. -Oracle | | | | | Buy | 2/6 | J | A | |
| 50. -Pfizer | | | | | Buy | 8/1 | J | A | |
| 51. -Sara Lee | | | | | Buy | 6/9 | J | A | |
| 52. -Sempra Energy | | | | | Buy | 3/14 | J | A | |
| 53. -Comcast | | | | | Buy | 11/21 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Fern M | 6/23/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Fern M | 6/23/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date June 23, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544